# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI GROHOL, *individually and on behalf of all others similarly situated*, | : | Civil No. 4:26-CV-01437 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS, *et al*., | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of July, 2026, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiff's amended complaint, Doc. 19, is **DISMISSED WITH PREJUDICE**.

2. Plaintiff's motions for temporary restraining order and summary judgment, Docs. 20, 21, 22, 23, 24, 26, 29, 30, & 32, are **DISMISSED**.

3. Plaintiff's motions for stay, to amend/correct the docket, and for recusal, Docs. 28, 33, & 34, are **DEEMED WITHDRAWN**.

4. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania